

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PRINCETON CAPITAL CORPORATION, | § | No. 08-24-00046-CV |
| Appellant, | § | Appeal from the |
| v. | § | 131st Judicial District Court |
| KEITH W. SMITH and PARKVIEW CAPITAL CREDIT INC., | § | of Bexar County, Texas |
| | § | (TC#2021CI02979) |
| Appellees. | | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution and for lack of jurisdiction. We therefore dismiss the appeal for want of prosecution and for lack of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.